# DIVIDENDS REMITTED TO THE COURT

Check Number 1013 Dated 09/22/10
Case Number 09-35095 - GABBARD, TONY D JR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MSU BOA198<br>VETERINARY TEACHING HOSPITAL<br>EAST LANSING MI 48824-1314 | 000005 | 75.16 | 1.03 |
| Precision Recovery Analytics, Inc<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000010 | 100.21 | 1.36 |
| ---------- Remittance Total ---------- | | 175.37 | 2.39 |

*Michael A. Mason, Trustee*